# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:21-cr-00516-1 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| DEION EDWARDS, | ) | RELEASE |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Superseding Violation Report was filed in this case on March 25, 2026.[1] The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on March 25, 2026. The defendant admitted to the following violations:

1. New Law Violation.

The magistrate judge filed a report and recommendation on March 26, 2026, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

A final supervised release violation hearing was conducted on April 14, 2026. Present were the following: Assistant United States Brian Deckert, representing the United States, Assistant Federal Public Defenders Aleesha Kazi and Carolyn Kucharski,

---

[1] A supplemental information report was filed on April 13, 2026.

representing the defendant; the defendant Deion Edwards, and United States Probation Officer Sharlon Cobb.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 24 months on each count to be served concurrently, with credit for time served in federal custody, and consecutive to his state sentence in Mahoning County (Ohio) Case No. 2025-CR-00569. The Court makes the following recommendations to the Bureau of Prisons:

**Placement:** That the defendant be placed at FCI Morgantown, so that he can be as close to his family as possible.

**Mental Health Treatment:** That the defendant receive a mental health evaluation and treatment, as appropriate.

**Medical Treatment:** That the defendant receive proper medical treatment for his medical condition.

Following release from BOP custody, the defendant shall be placed on Supervised Release for a period of 36 months under the same terms and conditions originally imposed and with the following additional conditions:

**Mental Health Treatment.** You must undergo a mental health evaluation and/or participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will

2

supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Cognitive Behavioral Treatment**. You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Reentry Program:** The Court recommends, upon defendant's release from custody, that the defendant be considered for the reentry program in the Northern District of Ohio.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: April 14, 2026

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**